UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LUIS SAEZ,

    Plaintiffs

v.

JUDICIAL BRANCH,
TAIS C. ERICSON,
JAIME LETTIERI,

    Defendants.

Case No. 3:21-cv-915 VAB

## SUMMARY JUDGMENT

    This matter came on for consideration before the Honorable Victor A. Bolden, United States District Judge.  On January 18, 2022, the defendant's filed a motion to dismiss the amended complaint.  On August 16, 20222, the Court entered an order granting in part the motion to dismiss as to defendants Tais C. Ericson and Judicial Branch only, and the defendants were termed. On July 1, 2024, the remaining defendant Jaime Lettieri, filed a motion for summary judgment.  On March 31, 2025, the Court entered and order granting motion for summary judgment and ordered that this case be closed.

    It is therefore ORDERED, ADJUDGED and DECREED that summary judgment is entered, and the case is closed.

    Dated at New Haven, Connecticut, this 31st day of March 2025.

    Dinah M. Kinney, Clerk

    By: /s/ Tatihana Murphy
    Tatihana Murphy
    Courtroom Deputy

EOD: 3/31/2025